USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DENNIS SWEENEY, individually and on behalf of all :
Others Similarly Situated, :
:
                   Plaintiff, :      16-cv-7169 (LJL)
:
    -v- :       ORDER
:
HARU HOLDING CORP., et al. :
:
                  Defendants. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      In a joint letter to the Court dated December 9, 2019 (Dkt. No. 142), the parties represented that they would provide a status update to the Court regarding the outcome of a state court hearing scheduled to take place on April 23, 2020.  The Court has received no update.

      IT IS HEREBY ORDERED that, by May 7, 2020, the parties shall file a joint letter to the Court with an update as to the status of the state court proceeding including its impact on this case and a proposed schedule for further proceedings in this action.

      SO ORDERED.

Dated: April 30, 2020
       New York, New York
                                              LEWIS J. LIMAN
                                            United States District Judge