UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS SWEENEY, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　　　-against-<br><br>HARU WALL STREET CORP., et al.,<br><br>　　　　　　　　　　Defendant(s). | 16-CV-07169 (JGLC)<br><br>**<u>NOTICE OF REASSIGNMENT</u>** |

JESSICA G. L. CLARKE, United States District Judge:

　　　　This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, **including the joint status letter due October 18, 2023**, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated:　July 13, 2023
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Jessica Clarke*

　　　　　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge