UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS SWEENEY on behalf of himself and others similarly situated

      Plaintiffs,

v.

HARU HOLDING CORP. and
HARU WALL STREET CORP.,

      Defendants.

ECF Case

Case No.: 16-cv-7169 (RA) (GWG)

**ORDER OF DISMISSAL WITH PREJUDICE**

JESSICA G. L. CLARKE, United States District Judge:

  THIS MATTER came before the Court pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties, and the Court being otherwise fully advised in the premises, it is hereby:

  ORDERED AND ADJUDGED that this case is hereby DISMISSED with prejudice, and all pending motions are denied as moot. The Clerk is directed to close this file.

  SO ORDERED.

Dated: August 13, 2024

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Copies furnished to counsel of record.

#12942449

1